# IN THE SUPREME COURT OF THE STATE OF NEVADA

NADER YOUSEF ABDELSAYED, M.D.;
AND ANNETTE MAYES, M.D.,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JERRY A. WIESE, DISTRICT JUDGE,
Respondents,
and
VALERY MUNIZ, A MINOR, BY AND
THROUGH HER NATURAL PARENTS
AND LEGAL GUARDIANS, MARTHA
ACOSTA-COCHRAN AND MIGUEL
MUNIZ; TRACY NIELSON, C.N.M., AN
INDIVIDUAL; CENTENNIAL HILLS
OB/GYN ASSOCIATES, LLP, A
NEVADA LIMITED LIABILITY
PARTNERSHIP; NORTH VISTA
HOSPITAL, INC., D/B/A NORTH VISTA
HOSPITAL, A DELAWARE
CORPORATION; AND ROSE CARVER,
R.N., AN INDIVIDUAL,
Real Parties in Interest.

No. 70213

FILED

JUN 2 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges a district court order denying a motion for summary judgment in a medical malpractice action. Having considered the petition and supporting documents, we are not persuaded that our intervention is warranted at this time, as an adequate remedy exists in the form of an appeal from any adverse final judgment. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Smith v.*

16-19138

*Eighth Judicial Dist. Court*, 113 Nev. 1343, 1345, 950 P.2d 280, 281 (1997) (noting that this court generally will not consider writ petitions challenging orders denying motions to dismiss or for summary judgment). Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:    Hon. Jerry A. Wiese, District Judge
       Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
       De Castroverde Law Group
       Parker & Edwards
       Hand Page Sullivan Martin, LLC
       Snow, Christensen & Martineau
       Daehnke Stevens, LLP
       Eighth District Court Clerk